**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1241**

_____

ANDREA J. MAGWOOD,

            Plaintiff - Appellant,

        v.

WAYNE WHITWORTH, in his individual capacity; KELLE SPEARS,

            Defendants – Appellees,

        And

HERITAGE TRUST FEDERAL CREDIT UNION; FAMILY ASSISTANCE MANAGEMENT SERVICES; TONI MELENDEZ,

            Defendants.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:09-cv-02751-RMG)

_____

Submitted:  August 25, 2011        Decided:  August 29, 2011

_____

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Andrea J. Magwood, Appellant Pro Se.  Robin Lilley Jackson, SENN, MCDONALD & LEINBACK, LLC, Charleston, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrea J. Magwood appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Magwood v. Whitworth, No. 2:09-cv-02751-RMG (D.S.C. Feb. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3